2013v02344/ja
PAUL J. FISHMAN
United States Attorney
By: PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645.2927
Fax: 973.645.3316
peter.gaeta@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Honorable Stanley R. Chesler |
| Plaintiff, | : | |
| | : | Civil Action No. 13-5307 |
| - v.- | : | |
| $18,525.90 IN UNITED STATES CURRENCY PREVIOUSLY CONTAINED IN PNC BANK ACCOUNT NUMBER 1210248658 HELD IN THE NAME NORMAN PAUL AND FLORRIE PAUL; | : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| | : | |
| $897.59 IN UNITED STATES CURRENCY PREVIOUSLY CONTAINED IN WELLS FARGO ACCOUNT NUMBER 1010189960555 HELD IN THE NAME OF NORMAN J. PAUL REVOCABLE TRUST, DIANE MCCLAIN, POWER OF ATTORNEY; | : | |
| $705.38 IN UNITED STATES CURRENCY PREVIOUSLY CONTAINED IN JP MORGAN CHASE BANK ACCOUNT NUMBER 473951478 HELD IN THE NAME OF NORMAN PAUL AND | : | |

1

**FLORRIE PAUL, DOUGLAS PAUL,** :
**BENEFICIARY;**

**FUNDS AND PROPERTY UP TO** :
**$356,517.48 ON DEPOSIT IN E***
**TRADE ACCOUNT NUMBER** :
**62057316 HELD IN THE NAME OF**
**FLORRIE S. PAUL.** :

                 **Defendants *in rem.***

**WHEREAS,** on September 5, 2013, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of New Jersey against the defendant properties, namely $18,525.90 in United States currency previously contained in PNC Bank Account Number 1210248658 held in the name Norman Paul and Florrie Paul; $897.59 in United States currency previously contained in Wells Fargo Account Number 1010189960555 held in the name of Norman J. Paul Revocable Trust, Diane McClain, Power of Attorney; $705.38 in United States currency previously contained in JP Morgan Chase Bank Account Number 473951478 held in the name of Norman Paul and Florrie Paul, Douglas Paul, Beneficiary; and Funds and Property up to $356,517.48 on Deposit in E*Trade Account Number 62057316 held in the name of Florrie S. Paul, (hereinafter "defendant properties") pursuant to 31 U.S.C. § 5317, as property involved in a violation or violations of 31 U.S.C. § 5324, or a conspiracy to commit any such violations, and/or as property traceable to any such violation or conspiracy; and

**WHEREAS,** pursuant to the Warrant for Arrest *In Rem* issued by the Clerk of the Court on September 9, 2013, the United States Department Of Treasury, Internal Revenue Service-Criminal Investigation seized the defendant properties; and

**WHEREAS,** on January 10, 2014, the United States sent the Verified Complaint for Forfeiture *In Rem* and Warrant for Arrest *In Rem*, by certified mail, return receipt requested to potential claimants Norman Paul and Florrie Paul, c/o their attorney Jeremy M. Klausner, Esq., Agostino & Associates, The Bank House, 14 Washington Place, Hackensack, New Jersey 07601 (*see* Declaration of Peter W. Gaeta in Support of a Default Judgment and Final Order of Forfeiture, hereinafter "Gaeta Dec.," Exhibit A); and

**WHEREAS,** on January 13, 2014, the Verified Complaint for Forfeiture *In Rem* and Warrant for Arrest *In Rem* were received by potential claimants Norman Paul and Florrie Paul, c/o their attorney Jeremy M. Klausner, Esq., Agostino & Associates, The Bank House, 14 Washington Place, Hackensack, New Jersey 07601. (*id*); and

**WHEREAS,** notice of Civil Forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 11, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (*see* Gaeta Dec., Exhibit B); and

**WHEREAS,** in order to avoid forfeiture of the defendant properties, any person claiming an interest in, or right against, the defendant properties must file a Claim under penalty of perjury identifying the specific properties claimed, identifying the claimant and stating the claimant's interest in the properties in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure and 18 U.S.C. § 983(a)(4)(A), except that in no event may such Claim be filed later than 60 days after the first day of publication on the above-referenced official government internet website, and having filed such a Claim, must also file an answer to the complaint not later than 20 days after the filing of the Claim.

**WHEREAS,** no Claim has been filed by any person within the time permitted by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims, Federal Rules of Civil Procedure for the defendant properties in this matter.

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**:

**THAT** a Default Judgment and a Final Order of Forfeiture is granted against the defendant properties, namely $18,525.90 in United States currency previously contained in PNC Bank Account Number 1210248658 held in the name Norman Paul and Florrie Paul; $897.59 in United States currency previously contained in Wells Fargo Account Number 1010189960555 held in

the name of Norman J. Paul Revocable Trust, Diane McClain, Power of Attorney; $705.38 in United States currency previously contained in JP Morgan Chase Bank Account Number 473951478 held in the name of Norman Paul and Florrie Paul, Douglas Paul, Beneficiary; and Funds and Property up to $356,517.48 on Deposit in E*Trade Account Number 62057316 held in the name of Florrie S. Paul, and no right, title or interest in the defendant properties shall exist in any other party; and

**THAT** E*Trade, as custodian for Account Number 62057316 held in the name of Florrie S. Paul, shall liquidate the account up to the sum of $356,517.48 and forward said sum payable to the Internal Revenue Service-Criminal Investigation, c/o the United States Attorney's Office, Asset Forfeiture Money Laundering Unit, 970 Broad Street, Suite 700, Newark, New Jersey 07102; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the Internal Revenue Service-Criminal Investigation's management of any properties forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited properties, shall be deposited forthwith by the Internal Revenue

Service-Criminal Investigation into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this 30 day of April, 2014.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE